

**DEERE & COMPANY,**
**Plaintiff–Appellant**

v.

**DUROC LLC, FKA Bush Hog, LLC, Alamo Group, Inc., Bush Hog, Inc., Great Plains Manufacturing Incorporated, Defendants–Appellees**

2014–1403

United States Court of Appeals, Federal Circuit.

May 26, 2016

RODERICK R. MCKELVIE, Covington & Burling LLP, Washington, DC, argued for plaintiff-appellant. Also represented by Robert Jason Fowler, Jay I. Alexander, Stephen Pierce Anthony.

SCOTT W. HEJNY, McKool Smith, P.C., Dallas, TX, argued for defendants-appellees Alamo Group, Inc., and Bush Hog, Inc. Also represented by PHILLIP AURENTZ; JOEL LANCE THOLLANDER, Austin, TX.

CRAIG C. MARTIN, Jenner & Block LLP, Chicago, IL, argued for defendant-appellee Duroc LLC. Also represented by DAVID JIMENEZ-EKMAN, SARA TONNIES HORTON, MICHAEL ANTHONY SCODRO, STEVEN R. TRYBUS.

SCOTT R. BROWN, Hovey Williams LLP, Overland Park, KS, argued for defendant-appellee Great Plains Manufacturing Incorporated. Also represented by MATTHEW B. WALTERS.

## JUDGMENT

Per Curiam (Newman, Plager, and Reyna, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**DEERE & COMPANY,**
**Plaintiff–Appellant**

v.

**DUROC LLC, FKA Bush Hog, LLC, Alamo Group, Inc., Bush Hog, Inc., Great Plains Manufacturing Incorporated, Defendants–Appellees**

2014–1697

United States Court of Appeals, Federal Circuit.

Decided: May 26, 2016

